IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOOMIS & SORIA INC,<br><br>　　　　　Defendant.　　　　　　／ | No. C04-03241 CRB<br>　　　C04-03242 CRB<br><br>**ORDER** |

Upon representations of the parties that the only other defendant Loomis & Soria the is in bankruptcy and no other matters pending and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: May 31, 2005　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE