James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515
Email:        jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> LOOMIS & SORIA INC., a California corporation; FRANK JAMES LOOMIS, an individual; and DOES 1-10, <br><br> Defendants. | Case No.:  C-04-3241 CRB <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the

BOARD OF  TRUSTEES FOR THE LABORERS HEALTH  AND WELFARE TRUST FUND FOR

NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR

NORTHERN CALIFORNIA; LABORERS  PENSION TRUST FUND FOR NORTHERN

///

///

///

-1-
**NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-3241 CRB]**

1  CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
2  NORTHERN CALIFORNIA, hereby substitute as their attorney:
3              Ronald L. Richman, Esq. (SBN 139189)
               Bullivant Houser Bailey, P.C.
4              601 California Street, Suite 1800
               San Francisco, California 94108-2823
5              Telephone No.  (415) 352-2700
               Facsimile No.   (415) 352-2701
6              E-Mail:             Ron.Richman@bullivant.com
7  in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
8  Stanton, Kay & Watson, LLP.
9  **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**
10 DATED:  January 26, 2007          Ronald L. Richman
                                     BULLIVANT HOUSER BAILEY, P.C.
11
12                                   By: _____
                                         Ronald L. Richman
13
14 **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**
15 DATED:  January 5, 2007           James P. Watson
                                     Bruce K. Leigh
16                                   Anne Bevington
                                     STANTON, KAY & WATSON, LLP
17
18                                   By: _____
                                         Anne Bevington
19
20 **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**
21 DATED:  January 29, 2007          LARRY TOTTEN as CHAIRMAN and JOSE MORENO as
22                                   CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE
                                     LABORERS HEALTH AND WELFARE TRUST FUND FOR
23                                   NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY
   March 16, 2007                    TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS
24                                   PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
                                     LABORERS TRAINING AND RETRAINING TRUST FUND FOR
25                                   NORTHERN CALIFORNIA
26                                   By: _____Edward Smith_____
                                         Name: Edward Smith
27                                       Title: Fund Manager
                                     Authorized Representative
28
   F:\CASES\7000\7000-1012 Loomis & Soria\Pleadings\SUBSTITUTION OF ATTORNEY.doc
                                          -2-
   NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-3241 CRB]

*IT IS SO ORDERED — Judge Charles R. Breyer*